**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1759**

CLARENCE MOORE,

Plaintiff - Appellant,

versus

RICHMOND NURSING HOME; BORIS T. SIMMONS,
Police Officer, 1312-6,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (3:99-cv-00683-RLW)

Submitted: September 26, 2006    Decided: September 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Clarence Moore, Appellant Pro Se. Stephen Michael Barnett, CITY ATTORNEY'S OFFICE, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Moore appeals the district court's order denying his "Motion for Consideration of some rights concerning nunc pro tunc" and accompanying submissions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. <u>Moore v. Richmond Nursing Home</u>, No. 3:99-cv-00683-RLW (E.D. Va. June 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>